STATE OF CONNECTICUT *v.* TOUSSAINT ADAMS

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Donald H. Clark,* in support of the petition.

*Robert E. Beach, Jr.,* office of the chief state's attorney, in opposition.

Submitted July 7—decided July 23, 1975

UNITED INVESTORS CORPORATION OF CONNECTICUT *v.* OLD LYME ASSOCIATES CORPORATION ET AL.

The motion by the named defendant for a review of the trial court's order terminating a stay of execution in the appeal from the Superior Court in New London County is granted and the relief sought therein is denied.

*Ralph P. Dupont,* in support of the motion.

Submitted July 11—decided July 23, 1975

PEARL STREET NEIGHBORHOOD HOUSE, INC. *v.* WATERBURY ZONING BOARD OF APPEALS

The "Petition for Review by Supreme Court" is dismissed.

*James J. Lawlor* and *Michael J. Daly III,* in support of the petition.

*Frederick W. Krug,* in opposition.